# United States District Court
# For The Western District of North Carolina
# Statesville Division

RAJPUTANA RIDLEY,

    Plaintiff(s),

vs.

KEITH WHITENER, (FNA) EVANS;
AND DR. DAWKINS,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV24-3-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 11, 2009, Order.

Signed: March 12, 2009

Frank G. Johns, Clerk
United States District Court